DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for PLAINTIFF

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for DEFEDANT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **FRIENDS OF ELKHORN, LIMITED LIABILITY COMPANY**, as an entity and doing business as "Elkhorn Grill & Bar", and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.:  2:16-cv-2658-MCE-EFB <br><br> **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER THEREON** <br><br> [Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: March 7th, 2017.                /s/Daniel Malakauskas_____
                                            By: Daniel Malakauskas,
                                            Attorney for Plaintiff

Dated: March 7th, 2017                      /s/Cris C. Vaughan_____
                                            By: Cris C. Vaughan
                                            Attorney for Defendant

### ORDER

In accordance with the foregoing stipulation of counsel and good cause appearing, this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.  The matter having now been resolved, the Clerk of Court is directed to close the file.

   IT IS SO ORDERED.

Dated:  March 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE